UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MANUEL EDUARDO NUNEZ PEREZ,

Petitioner,

v. Case No.: 2:26-cv-2276-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER *et al.*,

Respondents.
______________________________/

**OPINION AND ORDER**

Before the Court are Manuel Eduardo Nunez Perez's Motion to Enforce Order Granting Petition for Writ of Habeas Corpus (Doc. 8) and the government's response (Doc. 9).

Nunez Perez is a noncitizen in immigration detention. On August 13, 2026, this Court granted his habeas petition and ordered the government to afford him a bond hearing with certain guardrails:

> The Court orders the Respondents to bring Petitioner before an immigration judge for an individualized bond hearing within ten days of the date of this Order. The hearing must include--and the resulting order must reflect--consideration of the factors set forth in *In re Guerra*, 24 I. & N. Dec. 37 (BIA 2006), and the government must bear the burden of proof. If Respondents are unable to ensure Petitioner receives a bond hearing that complies with this Order within ten days, they must release him under reasonable conditions of supervision.

(Doc. 7).

An immigration judge conducted a bond hearing on August 20, 2026, and denied bond with this order: "Flight risk – Matter of A-L-S-, remote prospect of relief." (Doc. 9-1 at 1). Nunez Perez argues the bond hearing did not comply with the Court's order, and the Court agrees. The immigration judge's order resulting demonstrates he did not consider the *Guerra* factors or the evidence submitted by Nunez Perez.

Because Nunez Perez did not receive a compliant bond hearing, he is entitled to the alternative relief—immediate release. Accordingly, Nunez Perez's motion (Doc. 8) is **granted**. The respondents shall release Nunez Perez within 12 hours of this Order and facilitate his transportation from the detention facility by notifying his counsel when and where he can be collected.

**DONE and ORDERED** in Fort Myers, Florida on September 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record